THE HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CHRISTINE LABEAU and NORMAN NICKLE, <br><br> *Plaintiffs*, <br><br> v. <br><br> ERIC KENDRICK, and KG ADVISORS, Inc., a Texas Corporation, n/k/a ADVISORS CRYPTO, INC. <br><br> *Defendants*. | Case No.: 3:23-cv-6113-TMC <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** |

THIS MATTER came before this Court upon the parties' Joint Motion to Dismiss. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Joint Motion to Dismiss is GRANTED. The matter is hereby dismissed with prejudice, and each party shall bear its own attorney fees and costs.

DATED this 5th day of November 2024.

_____
THE HONORABLE TIFFANY M. CARTWRIGHT

Presented by,

David P. Neuman
WSBA #48176
Israels Neuman PLC
506 Second Avenue, Suite 1400
Seatle, WA 98104
Tel: (206) 795-5798
Email: dave@israelsneuman.com

*Attorneys for Plaintiffs*

Amir Tadjedin
WSBA #47414
Tadjedin Thomas & Engbloom Law
1500 SW First Avenue, Suite 1020
Portland, OR 97201-5882
503-2249294
amirt@ttelawgroup.com

*Attorney for Defendants*

ORDER GRANTING JOINT MOTION TO
DISMISS - 2
CASE NO. 3:23-CV-6113-TMC